UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

FRANK RAFAEL ENRIQUEZ,

    Plaintiff,

v.                                                  Case No.  2:05-cv-238-FtM-36DNF

FNU WILLIAMS, FNU WILSON, FNU
BRUCKER, and FNU RIOS,

    Defendants.
_____/

## ORDER

This cause comes before the Court on the Report and Recommendation of United States Magistrate Judge Douglas N. Frazier (Doc. 173), filed on August 20, 2010.  Plaintiff has not responded, and the time for doing so has expired.  In his Report and Recommendation, Judge Frazier found that an oral settlement agreement was reached between the parties and should be enforced.

After carefully considering the Notice of Settlement (Doc. 151), Plaintiff's Notice to the Court Regarding Settlement (Doc. 153), Plaintiff's Motion to Convene (Doc. 154), Defendants' Motion to Compel Enforcement of the Settlement Agreement (Doc. 168), Plaintiff's Response (Doc. 169), and Magistrate Judge Frazier's Report and Recommendation (Doc. 173), and undertaking a *de novo* review of the legal determinations recommended in Judge Frazier's Report and Recommendation, the Court concludes that the Report and Recommendation should be confirmed and accepted.

**ACCORDINGLY**, it is now **ORDERED AND ADJUDGED** as follows:

    1.    The Report and Recommendation of the Magistrate Judge (Doc. 173) is **ADOPTED,**

**CONFIRMED and APPROVED** in all respects and is made a part of this Order for all purposes, including appellate review.

2. Defendants' Motion to Compel Enforcement of the Settlement Agreement (Doc. 168) is **GRANTED**.

3. Plaintiff's motion to reopen the case, to the extent raised in his Response (Doc. 169), is **DENIED**. This case remains closed.

4. Within 30 days from the date of this Order, Defendants shall pay $1,000 to Plaintiff in exchange for Plaintiff signing the Defendants' stipulation of dismissal and release of all claims stemming from the instant complaint..

**DONE AND ORDERED** at Ft. Myers, Florida, on September 10, 2010.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

**COPIES TO**:
Magistrate Judge Douglas N. Frazier
Counsel of Record and Unrepresented Party